AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) - Felon in Possess of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) - Forfeiture of Firearm and Ammunition

SEALED BY COURT ORDER

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Maximum Prison Term of 10 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
MAR - 3 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
➤ JESSE ALEXANDER

DISTRICT COURT NUMBER
CR16-00090 JST

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
Acting ☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   ERIN A. CORNELL, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ➤

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ➤ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ➤ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT       Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: Oakland

CR16  00090  JST

UNITED STATES OF AMERICA,

V.

JESSE ALEXANDER,


SEALED BY COURT ORDER

FILED

MAR -3 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition; and
18 U.S.C. § 924(d) - Forfeiture of Firearm and Ammunition

---

A true bill.

_____
Foreman

Victoria A. Chakalian

Filed in open court this __3rd__ day of March 2016

_____
Clerk

3/3/16

Bail, $ __no bail warrant__

1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney

FILED

MAR -3 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR16-00090 JST |
| Plaintiff, | VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; and 18 U.S.C. § 924(d) – Forfeiture of Firearm and Ammunition |
| v. | |
| JESSE ALEXANDER, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about January 4, 2016, in the Northern District of California, and elsewhere, the defendant,

JESSE ALEXANDER,

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess (1) a firearm, namely one Hi-Point C9 Luger 9 millimeter semi-automatic pistol bearing serial number P1678054; and (2) 7 rounds of live Aguila 9 millimeter ammunition found loaded in the Hi-Point C9 Luger 9 millimeter semi-automatic pistol bearing serial number P1678054, all in and affecting commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

//

<a><p><s>

<s>FORFEITURE ALLEGATION</s></p></a>

FORFEITURE ALLEGATION

1. The factual allegations contained in Count One of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1).

2. Upon a conviction for the offense alleged in Count One, the defendant,

JESSE ALEXANDER,

shall forfeit to the United States any firearm and ammunition involved in or used in any knowing violation of said offense, including but not limited to the following property:

    a. One Hi-Point C9 Luger 9 millimeter semi-automatic pistol bearing serial number P1678054;

    b. Rounds of Aguila 9 millimeter ammunition found loaded into the Hi-Point C9 Luger 9 millimeter semiautomatic pistol bearing serial number P1678054.

Pursuant to Title 18, United States Code, Section 924(d)(1).

DATED: March 3, 2016            A TRUE BILL

_____
FOREPERSON

BRIAN J. STRETCH
Acting United States Attorney

_____
BRIAN LEWIS
Deputy Chief, Oakland Branch Office

(Approved as to form: _____)
SAUSA ERIN A. CORNELL