1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMTUH
   Assistant Federal Public Defender
3  1301 Clay St., Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5
   Counsel for Defendant
6  JESSE ALEXANDER

7

                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            OAKLAND DIVISION
9

   UNITED STATES OF AMERICA,            CR 16-0090-JST
10
                        PLAINTIFF,      STIPULATION TO CONTINUANCE; [PROPOSED]
11        V.                            ORDER

12 JESSE ALEXANDER,

13                      DEFENDANT.

14       IT IS HEREBY STIPULATED, by and between the parties to this action, that the

15 Sentencing date of September 9, 2016 presently scheduled at 9:30 a.m., before the Honorable Jon

16 S. Tigar, be vacated and re-set for November 4, 2016 at 2:00 p.m.

17       The requested continuance is necessary because the parties need additional time to

18 prepare for sentencing in this case. There are a number of institutions relating to foster care

19 which possess records relevant to Mr. Alexander. A Draft Presentence Report has yet to be

20 issued, though it is anticipated that it will be released in the near future. All parties and the

21 probation officer agree to the proposed continuance and are available on November 4, 2016.

22 Good cause exists for the continuance of the hearing. Crim. L.R. 32-2(a)-(a)(1).

23

24 CR 13-090 JST
   Stip. to Continuance; [Proposed] Order
25                                          1

| | | |
|---|---|---|
| 1 | DATED: August 30, 2016 | /S/ |
| 2 | | JOHN PAUL REICHMUTH<br>Assistant Federal Public Defender<br>Counsel for Defendant MICHAEL ACOSTA |
| 4 | DATED: August 30, 2016 | /S/ |
| 5 | | ERIN A. CORNELL<br>Special Assistant United States Attorney |

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter be continued to November 4, 2016 at 2:00 p.m. before the Honorable Jon S. Tigar for sentencing.

IT IS SO ORDERED.

DATED: August 30, 2016

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Jon S. Tigar]*

CR 13-090 JST
Stip. to Continuance; [Proposed] Order

2