STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMTUH
Assistant Federal Public Defender
1301 Clay St., Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507

Counsel for Defendant
JESSE ALEXANDER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-00090-JST |
| PLAINTIFF, | STIPULATION TO CONTINUANCE; [PROPOSED] ORDER |
| V. | |
| JESSE ALEXANDER, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the Sentencing date of November 4, 2016 presently scheduled at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for December 9, 2016 at 2:00 p.m.

The requested continuance is necessary because the Probation Officer needs additional time to complete his investigation, which involves records from diverse foster care institutions. A Draft Presentence Report has yet to be issued, though it is anticipated that it will be released in the near future. All parties and the probation officer agree to the proposed continuance and are available on December 9, 2016. Good cause exists for the continuance of the hearing. Crim. L.R. 32-2(a)-(a)(1).

CR 16-00090 JST
Stip. to Continuance; [Proposed] Order

1

1 | DATED: October 26, 2016            /S/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Defendant JESSE ALEXANDER

DATED: October 26, 2016            /S/
ERIN A. CORNELL
Special Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter be continued to December 9, 2016 at 2:00 p.m. before the Honorable Jon S. Tigar for sentencing.

IT IS SO ORDERED.

DATED: October 27, 2016

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

CR 16-00090 JST
Stip. to Continuance; [Proposed] Order

2