1  STEVEN G. KALAR
   Federal Public Defender
2  JOHN PAUL REICHMTUH
   Assistant Federal Public Defender
3  1301 Clay St., Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500
   Fax: (510) 637-3507
5
   Counsel for Defendant
6  JESSE ALEXANDER

7

8  IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
   OAKLAND DIVISION
9

10 UNITED STATES OF AMERICA,              CR 16-0090-JST

11                    PLAINTIFF,           STIPULATION TO CONTINUANCE; [PROPOSED]
                  V.                       ORDER

12 JESSE ALEXANDER,

13                    DEFENDANT.

14         IT IS HEREBY STIPULATED, by and between the parties to this action, that the

15 Sentencing date of December 9, 2016 presently scheduled at 2:00 p.m., before the Honorable Jon

16 S. Tigar, be vacated and re-set for January 27, 2017 at 9:30 a.m.

17         The requested continuance is necessary because the Probation Officer needs additional

18 time to complete his investigation, which involves records from diverse foster care institutions

19 and Child Protective Services. Having received no records, yet, the Officer will attempt to

20 obtain records in person. A Draft Presentence Report has yet to be issued, though it is

21 anticipated that it will be released in the near future. All parties and the probation officer agree

22 to the proposed continuance and are available on January 27, 2017. Good cause exists for the

23 continuance of the hearing. Crim. L.R. 32-2(a)-(a)(1).

24

25 CR 13-090 JST
   Stip. to Continuance; [Proposed] Order

                                    1

DATED: December 1, 2016          /S/
                                 JOHN PAUL REICHMUTH
                                 Assistant Federal Public Defender
                                 Counsel for Defendant MICHAEL ACOSTA

DATED: December 1, 2016          /S/
                                 ERIN A. CORNELL
                                 Special Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter be continued to January 27, 2017 at 9:30 a.m. before the Honorable Jon S. Tigar for SENTENCING HEARING.

IT IS SO ORDERED.

DATED:  Dec. 1, 2016             _____
                                 HON. JON S. TIGAR
                                 UNITED STATES DISTRICT JUDGE

CR 13-090 JST
Stip. to Continuance; [Proposed] Order

2