1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ANNA P. NGUYEN (MABN 678390)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3693
7       FAX: (510) 637-3724
        anna.nguyen@usdoj.gov
8
9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           ) CASE NO. 16-CR-00090-001 JST
                                       )
14       Plaintiff,                    )
                                       )
15   v.                                ) NOTICE OF SUBSTITUTION OF ATTORNEY
                                       )
16 JESSE ALEXANDER,                    )
                                       )
17       Defendant.                    )
                                       )
18                                     )
                                       )
19 _____)

20      Please take notice that as of January 7, 2021, the Special Assistant United States Attorney whose

21 name, address, telephone number and e-mail address are listed below is assigned to be counsel for the

22 government:

23      ANNA P. NGUYEN (MABN 678390)
        Special Assistant United States Attorney
24      1301 Clay Street, Suite 340S
        Oakland, California 94612
25      Telephone: (510) 637-3693
        Fax: (510) 637-3724
26      anna.nguyen@usdoj.gov

27 ////

28 ///
   NOTICE OF SUBSTITUTION OF ATTORNEY
   16-CR-00090-001 JST

1  The Clerk is requested to change the docket sheet and other court records to reflect that all orders
2  and communications from the court will in the future be directed to SAUSA Anna P. Nguyen at the
3  above mailing address, telephone number, facsimile number and e-mail address.

4

5  DATED: January 7, 2021                              Respectfully submitted,

6                                                     DAVID L. ANDERSON
                                                      United States Attorney
7

8                                                              /s/
                                                      _____
9                                                     ANNA P. NGUYEN
                                                      Special Assistant United States Attorney